UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LONNIE J. WALKER,
a/k/a NAIYM SHAHAAB TALIB,
DC# 080322,

    Plaintiff,

v.                                      CASE NO. 5:18cv241-MCR/MJF

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.
_____/

## O R D E R

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated August 12, 2019. ECF No. 16. Plaintiff was mailed a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). After reviewing any timely objections to the Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 16, is **ADOPTED** and incorporated by reference in this Order.

2. This action is **DISMISSED** under Rule 25(a)(1) of the Federal Rules of Civil Procedure.

3. The Clerk of Court is directed to enter judgment accordingly and to close this case.

**DONE AND ORDERED** this 19th day of September 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**